1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| PANKAJ PATEL, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FLUSHMATE, a division of SLOAN VALVE COMPANY<br><br>Defendant. | Case No. 3-13-cv-00736-JST<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO TRANSFER DUPLICATIVE LITIGATION PURSUANT TO THE FIRST-TO-FILE RULE, OR, ALTERNATIVELY, 28 U.S.C. § 1404(a)**<br><br>Hon. Jon S. Tigar |
|---|---|

On March 26, 2013, defendant Flushmate, a division of Sloan Valve Company, ("Flushmate") filed a motion to transfer, dismiss, or stay duplicative litigation pursuant to the first-to-file rule and 28 U.S.C. § 1404(a) [Dkt. No. 13] (the "First-to-File Motion"). Plaintiff Pankaj Patel, on behalf of himself and all others similarly situated, does not oppose the First-to-File Motion.

Having reviewed and considered the First-to-File Motion and all papers submitted in support thereof, and good cause appearing, IT IS HEREBY ORDERED that Flushmate's First-to-File Motion is GRANTED, and this later-filed putative nationwide class action is transferred to the United States District Court for the Central District of California so it can then be consolidated with *United Desert Charities, et al. v. Sloan Valve Co., et al.,* Case No. 2:12-cv-06878-SJO-SH (C.D. Cal.), a previously-filed and substantively similar putative nationwide class action that has been pending since August 2012.

Flushmate shall have 30 days within which to answer or otherwise respond to the Complaint following effectuation of transfer to the United States District Court for the Central District of California.

IT IS SO ORDERED.

Dated: April 4, 2013

_____
Honorable Jon S. Tigar
United States District Judge

-2-

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO TRANSFER                        CASE NO. 3:13-CV-00736-JST